# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk												Reply to Northern Division Address

May 6, 2004

    RE:    Kelso v. Columbia Acorn Trust, et al
              JFM-04-1157

Dear Counsel:

    The above-entitled case was received and docketed in this Court on 4/26/04, having been transferred from the USDC Southern District of Illinois ( East St. Louis).  This case is subject to electronic case filing.  Further information can be found at www.mdd.uscourts.gov.

    It has been assigned to Judge J. Frederick Motz.  The file number is listed above and all future questions should be referred to Claudia Gibson.

              Sincerely,

              FELICIA C. CANNON, CLERK


              By:    /s/
                     Ramona Farrow
                     Deputy Clerk

cc:    Court File

U.S. District Court (11/1999) - Local Rule 101 Letter to Counsel

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**