**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND (Baltimore)**

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE COLUMBIA | 04-md-15863-02 |
| ROGER KELSO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA ACORN TRUST and COLUMBIA WANGER ASSET MANAGEMENT, LP,<br><br>Defendants. | Civil Action No: 04-cv-01157-JFM |

## NOTICE OF DISMISSAL

Plaintiff, Roger Kelso, by his attorneys, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure, voluntarily dismisses Count II and Count III of his complaint without prejudice.

KOREIN TILLERY, LLC

By:   s/ George A. Zelcs
Three First National Plaza
70 West Madison Street, Suite 660
Chicago, IL 60602-4269
(312) 641-9750
(312) 641-9751 – Facsimile
E-mail: gzelcs@koreintillery.com

1

Eugene Y. Barash
Korein Tillery
701 Market Street, Ste 300
St. Louis, MO  63108
(314) 241-4844
(314) 241-3525 – Facsimile
E-mail: ebarash@koreintillery.com

Stephen M. Tillery
Korein Tillery
10 Executive Woods Court
Swansea, IL  62226
(618) 277-1180
(618) 277-9804 – Facsimile
E-mail: stillery@koreintillery.com

Andrew S. Friedman
Bonnett Fairbourn Friedman and Balint, PC
2901 N Central Ave Ste 1000
Phoenix, AZ  85012
(602) 776-5902
(602) 274-1199 - Facsimile
E-mail: afreidman@bffb.com

Francis J. Balint, Jr.
Bonnett Fairbourn Friedman and Balint, PC
2901 N Central Ave Ste 1000
Phoenix, AZ  85012
(602) 776-5903
(602) 274-1199 - Facsimile
E-mail: fbalint@bffb.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this 11th, day of August, 2004, I electronically filed the above NOTICE OF DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel J. Hayes
Bell Boyd & Lloyd LLC
70 W Madison Street
Chicago, IL 60602
(312) 807-4355
(312) 827-8096 – Facsimile
E-mail: mdl1586@bellboyd.com

John W. Rotunno
Bell Boyd and Lloyd, LLC
70 W Madison Street
Chicago, IL 60602
(312) 807-4213
(312) 827-8154 – Facsimile
E-mail: jrotunno@bellboyd.com

Kenneth E. Rechtoris
Bell Boyd and Lloyd, LLC
70 W Madison Street
Chicago, IL 60602
(312) 372-1121
(312) 372-2098 – Facsimile
E-mail: mdl1586@bellboyd.com

Gordon R. Broom
Burroughs Hepler et al
103 W Vandalia Street, Ste 300
PO Box 510
Edwardsville, IL 62025
(618) 656-0184
(618) 656-1364 – Facsimile
E-mail: grb@ilmolaw.com

Regina L. Wells
Burroughs Hepler et al
103 W Vandalia Street, Ste 300
PO Box 510
Edwardsville, IL 62025
(618) 656-0184
(618) 656-1364 – Facsimile

Troy A. Bozarth
Burroughs Hepler et al
103 W Vandalia Street, Ste 300
PO Box 510
Edwardsville, IL 62025
(618) 656-0184
(618) 656-1364 – Facsimile

***Attorneys for defendant Columbia Acorn Trust***

Jon A. Santangelo
Stinson Morrison et al
100 S Fourth Street, Ste 700
St. Louis, MO 63102
(314) 259-4500

Mark A. Rabinowitz
Neal Gerber and Eisenberg LLP
Two N LaSalle Street, Ste 2200
Chicago, IL 60602
(312) 269-8083
(312) 429-3555 – Facsimile
E-mail: mrabinowitz@ngelaw.com

Phil C. Neal
Neal Gerber and Eisenberg LLP
Two N LaSalle Street, Ste 2200
Chicago, IL 60602
(312) 269-8000
(312) 429-3555 – Facsimile

***Attorneys for defendant Columbia Wanger Asset Management LP***

**__/s/ George A. Zelcs_**